**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | **:** | |
| | **:** | |
| **Sharifah R. Patience** | **:** | **Case No.: 20-10643** |
| | **:** | **Chapter 13** |
| **Debtor(s).** | **:** | **Judge Patricia M. Mayer** |
| | **:** | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| | **:** | |
| | **:** | |

### WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Stephen R. Franks**, who shall be substituted for Alyk L. Oflazian as counsel

of record for creditor **Nationstar Mortgage LLC** ("Creditor").  Alyk L. Oflazian is no longer

counsel for Creditor and should not receive future notices in this case.


/s/ Alyk L. Oflazian                                     
Alyk L. Oflazian (312912)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181
ALOflazian@mdklegal.com

/s/ Stephen R. Franks                                     
Stephen R. Franks (333394)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
srfranks@mdklegal.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 20-10643** |
| **Sharifah R. Patience** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Nationstar Mortgage LLC** | : | **Related Document #** |
| Movant, | : | |
| | : | |
| vs | : | |
| | : | |
| **Sharifah R. Patience** | : | |
| **Kenneth E. West** | : | |
| Respondents. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of

Appearance of Counsel for Creditor was filed electronically.  Notice of this filing will be sent to

the following parties through the Court's Electronic Case Filing System:

   Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

   Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

   MICHAEL A. CIBIK, Attorney for Sharifah R. Patience, help@cibiklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S.

Mail to the following:

   Sharifah R. Patience, 620 East Johnson Street, Philadelphia, PA  19138


/s/ Stephen R. Franks

23-029818_PS