**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>SHARIFAH R. PATIENCE<br><br>**Debtor** | CHAPTER 13<br><br>BANKRUPTCY NO. 20-10643-PMM |

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, Chapter 13 Standing Trustee, and certifies that he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

Debtor

SHARIFAH R. PATIENCE
620 E. JOHNSON STREET
PHILADELPHIA, PA  19138

B. and by electronic service only:

Creditor

NATIONSTAR MORTGAGE LLC,
D/B/A MR. COOPER
PO BOX 619094
DALLAS, TX  75261-9741

Debtor's Attorney

CIBIK LAW, P.C.
MICHAEL A. CIBIK, ESQ.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA  19102

Dated: 12/12/2024

/s/ Kenneth E.West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee