Certificate Number: 16339-PAE-DE-039156161

Bankruptcy Case Number: 20-10643



16339-PAE-DE-039156161

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 13, 2024, at 6:45 o'clock PM EST, Sharifah Patience completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 13, 2024        By:   /s/Kelley Tipton

Name:   Kelley Tipton

Title:   Certified Financial Counselor