United States Bankruptcy Court

Eastern District of Pennsylvania

In re:        Case No. 20-10643-pmm

Sharifah R. Patience        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4

Date Rcvd: Dec 16, 2024     Form ID: 138OBJ     Total Noticed: 55

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharifah R. Patience, 620 E. Johnson Street, Philadelphia, PA 19138-1012 |
| 14485259 | + | ADT Security Systems, inc., 14200 East Exposition Avenue, Aurora, CO 80012-2540 |
| 14467751 | + | FedLoan Servicing, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14485263 | | Gregg Morris, Esq., 501 Corporate Center Drive, Southpointe Center, Canonsburg, PA 15317 |
| 14485261 | + | Gregg Morris, Esq., 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg,PA 15317-8584 |
| 14467752 | + | Gregg Morris, Esquire, 213 E. Main Street, Carnegie, PA 15106-2701 |
| 14485260 | + | Michael Ratchford, Esq., 54 Glenaura National Blvd, Moosic, PA 18507-2161 |
| 14465309 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, c/o MICHAEL J. CLARK, KML Law Group, P.C., 701 Market St, Suite 5000, Philadelphia, PA 19106-1541 |
| 14653952 | + | Nationstar Bank LLC d/b/a Mr. Cooper, c/o Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14653862 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14467756 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14467758 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 17 2024 00:30:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 17 2024 00:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14518160 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 17 2024 00:30:00 | ACAR Leasing Ltd d/b/a GM Financial Leasing, c/o Mandy Youngblood, PO Box 183853, Arlington, TX 76096-3853 |
| 14518072 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 17 2024 00:30:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14473066 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 17 2024 00:30:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14467741 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 17 2024 00:30:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 14470787 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 17 2024 00:30:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston,Rhode Island 02919 |
| 14467745 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 17 2024 00:30:00 | Citizens Bank NA, Attn: Bankruptcy, One Citizens |

Case 20-10643-pmm    Doc 77    Filed 12/18/24    Entered 12/19/24 00:37:51    Desc Imaged
                          Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 16, 2024 | Form ID: 138OBJ | Total Noticed: 55 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Bank, Providence, RI 02903 |
| 14467746 | | Email/Text: megan.harper@phila.gov | Dec 17 2024 00:30:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14467747 | | Email/Text: megan.harper@phila.gov | Dec 17 2024 00:30:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14510212 | | Email/Text: megan.harper@phila.gov | Dec 17 2024 00:30:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14465484 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 17 2024 00:39:40 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14467743 | + | Email/Text: ecf@ccpclaw.com | Dec 17 2024 00:30:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14467748 | + | Email/Text: bankruptcy@philapark.org | Dec 17 2024 00:30:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14467749 | | Email/Text: bankruptcycourts@equifax.com | Dec 17 2024 00:30:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14467750 | ^ | MEBN | Dec 17 2024 00:21:00 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14467753 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 17 2024 00:30:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14492760 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 17 2024 00:30:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14467742 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 17 2024 00:39:50 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 14482250 | + | Email/Text: RASEBN@raslg.com | Dec 17 2024 00:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14784592 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 17 2024 00:39:50 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14477639 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 17 2024 00:39:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14467755 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 17 2024 00:30:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14653953 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 17 2024 00:30:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14653863 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 17 2024 00:30:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14837335 | | Email/Text: amps@manleydeas.com | Dec 17 2024 00:30:00 | Nationstar Mortgage LLC, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14479982 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 17 2024 00:30:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14493208 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 17 2024 00:39:51 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14467757 | + | Email/Text: bankruptcy@philapark.org | Dec 17 2024 00:30:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14467759 | + | Email/Text: bankruptcy1@pffcu.org | Dec 17 2024 00:30:00 | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14492452 | + | Email/Text: bankruptcy1@pffcu.org | Dec 17 2024 00:30:00 | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14467841 | | Email/Text: bnc-quantum@quantum3group.com | Dec 17 2024 00:30:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14467760 | + | Email/Text: DeftBkr@santander.us | Dec 17 2024 00:30:00 | Santander Bank, Attn: Bankruptcy, 10-64-38-FD7 601 Penn St, Reading, PA 19601-3563 |
| 14492537 | ^ | MEBN | Dec 17 2024 00:21:09 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14794442 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 17 2024 00:39:50 | Synchrony Bank, AIS InfoSource,LP, 4515 N.Santa Fe, Oklahoma City, OK 73118-7901 |
| 14467761 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 17 2024 00:39:51 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14467762 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 17 2024 00:39:40 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14467763 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 17 2024 00:39:50 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14467764 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 17 2024 00:39:40 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14467765 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 17 2024 00:39:28 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14491931 | + | Email/Text: bncmail@w-legal.com | Dec 17 2024 00:30:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14467767 | | Email/Text: DASPUBREC@transunion.com | Dec 17 2024 00:30:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14467766 | + | Email/Text: bncmail@w-legal.com | Dec 17 2024 00:30:00 | Target, Attn: Bankruptcy, PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14490830 | *P++ | AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14485258 | *+ | AmeriCredit/GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 14467744 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14485262 | *+ | Gregg Morris, Esq., 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 14784593 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14464723 | ##+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Michael J. Clark, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Dec 16, 2024 | Form ID: 138OBJ | Total Noticed: 55

Date: Dec 18, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ANDREW L. SPIVACK | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Sharifah R. Patience help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL JOHN CLARK | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mclark@pincuslaw.com |
| Stephen Franks | on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)−doc 76 − 69

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Sharifah R. Patience ) Case No. 20−10643−pmm
)
)
    Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: December 16, 2024    For The Court

Timothy B. McGrath
Clerk of Court