United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Sharifah R. Patience  
    Debtor

Case No. 20-10643-djb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Apr 17, 2025      Form ID: 195      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2025:**

**Recip ID**      **Recipient Name and Address**  
db      +   Sharifah R. Patience, 620 E. Johnson Street, Philadelphia, PA 19138-1012

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2025 at the address(es) listed below:

**Name**      **Email Address**

ANDREW L. SPIVACK  
     on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER andrew.spivack@brockandscott.com wbecf@brockandscott.com

CHRISTOPHER A. DENARDO  
     on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com

KENNETH E. WEST  
     ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL A. CIBIK  
     on behalf of Debtor Sharifah R. Patience help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL JOHN CLARK  
     on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mclark@pincuslaw.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 17, 2025 | Form ID: 195 | Total Noticed: 1 |

Stephen Franks
    on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Sharifah R. Patience  : Case No. 20−10643−djb
    Debtor(s)

*ORDER*
_____

    AND NOW, this day , April 16, 2025 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Derek J Baker
Judge, United States Bankruptcy Court

Form 195